**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Jamie Kellam, et al. (see attached Rider) | 3M Company, et al. (see attached Rider) |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Napoli Shkolnik, PLLC, 360 Lexington Ave., 11th Fl., New York, NY 10017 (212) 397-1000 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1442(a)(1)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✔] Yes [ ] _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [✖]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

**TORTS**

**CONTRACT**

- [ ] 110   INSURANCE
- [ ] 120   MARINE
- [ ] 130   MILLER ACT
- [ ] 140   NEGOTIABLE INSTRUMENT
- [ ] 150   RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151   MEDICARE ACT
- [ ] 152   RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153   RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160   STOCKHOLDERS SUITS
- [ ] 190   OTHER CONTRACT
- [ ] 195   CONTRACT PRODUCT LIABILITY
- [ ] 196   FRANCHISE

**REAL PROPERTY**

- [ ] 210   LAND CONDEMNATION
- [ ] 220   FORECLOSURE
- [ ] 230   RENT LEASE & EJECTMENT
- [ ] 240   TORTS TO LAND
- [✖] 245   TORT PRODUCT LIABILITY
- [ ] 290   ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

- [ ] 310   AIRPLANE
- [ ] 315   AIRPLANE PRODUCT LIABILITY
- [ ] 320   ASSAULT, LIBEL & SLANDER
- [ ] 330   FEDERAL EMPLOYERS' LIABILITY
- [ ] 340   MARINE
- [ ] 345   MARINE PRODUCT LIABILITY
- [ ] 350   MOTOR VEHICLE
- [ ] 355   MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360   OTHER PERSONAL INJURY
- [ ] 362   PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

- [ ] 440   OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441   VOTING
- [ ] 442   EMPLOYMENT
- [ ] 443   HOUSING/ ACCOMMODATIONS
- [ ] 445   AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446   AMERICANS WITH DISABILITIES -OTHER
- [ ] 448   EDUCATION

**PERSONAL INJURY/**
- [ ] 367   HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365   PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368   ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

- [ ] 370   OTHER FRAUD
- [ ] 371   TRUTH IN LENDING
- [ ] 380   OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385   PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

- [ ] 463   ALIEN DETAINEE
- [ ] 510   MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530   HABEAS CORPUS
- [ ] 535   DEATH PENALTY
- [ ] 540   MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

- [ ] 550   CIVIL RIGHTS
- [ ] 555   PRISON CONDITION
- [ ] 560   CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

- [ ] 625   DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690   OTHER

**PROPERTY RIGHTS**

- [ ] 820   COPYRIGHTS
- [ ] 830   PATENT
- [ ] 835   PATENT-ABBREVIATED NEW DRUG APPLICATION
- [ ] 840   TRADEMARK

**LABOR**

- [ ] 710   FAIR LABOR STANDARDS ACT
- [ ] 720   LABOR/MGMT RELATIONS
- [ ] 740   RAILWAY LABOR ACT
- [ ] 751   FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790   OTHER LABOR LITIGATION
- [ ] 791   EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

- [ ] 462   NATURALIZATION APPLICATION
- [ ] 465   OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

- [ ] 422   APPEAL 28 USC 158
- [ ] 423   WITHDRAWAL 28 USC 157

[ ] 880   DEFEND TRADE SECRETS ACT

**SOCIAL SECURITY**

- [ ] 861   HIA (1395ff)
- [ ] 862   BLACK LUNG (923)
- [ ] 863   DIWC/DIWW (405(g))
- [ ] 864   SSID TITLE XVI
- [ ] 865   RSI (405(g))

**FEDERAL TAX SUITS**

- [ ] 870   TAXES (U.S. Plaintiff or Defendant)
- [ ] 871   IRS-THIRD PARTY 26 USC 7609

**ACTIONS UNDER STATUTES**

**OTHER STATUTES**

- [ ] 375   FALSE CLAIMS
- [ ] 376   QUI TAM
- [ ] 400   STATE REAPPORTIONMENT
- [ ] 410   ANTITRUST
- [ ] 430   BANKS & BANKING
- [ ] 450   COMMERCE
- [ ] 460   DEPORTATION
- [ ] 470   RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480   CONSUMER CREDIT
- [ ] 485   TELEPHONE CONSUMER PROTECTION ACT
- [ ] 490   CABLE/SATELLITE TV
- [ ] 850   SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 890   OTHER STATUTORY ACTIONS
- [ ] 891   AGRICULTURAL ACTS
- [ ] 893   ENVIRONMENTAL MATTERS
- [ ] 895   FREEDOM OF INFORMATION ACT
- [ ] 896   ARBITRATION
- [ ] 899   ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950   CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND:    YES    NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN  x  IN ONE BOX ONLY)*

## ORIGIN

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from (Specify District)    ☐ 6 Multidistrict Litigation (Transferred)    ☐ 7 Appeal to District Judge from Magistrate Judge

☒ a.  **all parties represented**

☐ b.  **At least one party is pro se.**

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*

## BASIS OF JURISDICTION

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN

DATE  10/6/2025    /s/ Thomas J. Herten, Esquire

SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. 06____  Yr. 2000____)

RECEIPT #

Attorney Bar Code # 1191322

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____  Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## RIDER TO CIVIL COVER SHEET

*Jamie Kellam, et al.*

*v.*

*3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al.*

### *Additional Plaintiffs*

CHARLES KEYSER; LEE KNUDSEN; FRANK KRUEGER; JODI LEE; JELANI LINDSEY; EUGENE LOMBARDI; CHRIS LYNCH; JOHN MARSHALL; PEDRO MARTINEZ; NADEO MASON; DANIELLE MCCRARY; CHARLES MCERLAIN; CYNTHIA MCGEE; DELCIE MCGEE; THOMAS MCGEE; DEBORA MCKEE; SUSAN MCKINLEY; DOUGLAS MCMILLAN; CHARLES MCNEIL; EDWARD MERRIMAN; REINHARD MEYHOEFER AS REPRESENTATIVE OF THE ESTATE OF JOANN MEYHOEFER; ELIZABETH MIDDLETON MARR; TAMMY MILES; CHARLES MINGLE; KAYLEE MISKELL; JOHNNY MORRISON; MICHAEL MUIR; LORI NEI; KENNETH NICHOLS; LINDA NIELDS; GLORIA OLIVA; SANDRA ORMSBY; DEDRA OWEN; LISA OWENS; ROSALIND PARKS; ARSENIO PELAYO AS REPRESENTATIVE OF THE ESTATE OF WILLIAM PELAYO; ROBBIE PLAIN; DONNA PLOGGER AS REPRESENTATIVE OF THE ESTATE OF TIMOTHY PLOGGER; BRUCE PYLE; LINDA RICHARDS; JOSE RIOS; KEYSA ROBERTS; CARLOTTA RUFFIN; JERRY RUTHERFORD; SHELIA SANDERS; DYLAN SARA; YOLANDA SCHAFFER; BERTIE SIMMONS; LETITIA SIMON; CARRIE SINGLETON; ADRIENNE SMITH; FRANKLIN SOARES; LARONDA STRONG; CHRISTOPHER TAYLOR; WANDA THOMPSON; THERESA THORNE; MISTY THURMAN; DOUGLAS TOLLESON; SUZANNA TREVINO; KENNETH TURNER; JOSEPH VALENTINE; SELENA WARD; HALEY WILHOITE; GIOVANNA WILLIAMS; ERMA WILLOUGHBY; NANCY WILLSON-STRADER; MARY WISDOM; KIMBERLEY WITTROCK; MARGARET WOMACK; MARY WOODS; MYRNA ZENON; ANGELA ZIMMERMANN;

### *Additional Defendants*

THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co.; AGC CHEMICALS AMERICAS INC.; AMEREX CORPORATION; ARCHROMA U.S. INC.; ARKEMA INC.; BASF CORPORATION, individually and as successor in interest to Ciba Inc.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER FIRE & SECURITY AMERICAS, LLC, f/k/a Carrier Fire & Security Americas Corporation; CARRIER FIRE & SECURITY CORPORATION, LLC, f/k/a Carrier Fire & Security Corporation; CARRIER GLOBAL CORPORATION; CHEMDESIGN PRODUCTS INC.; CHEMGUARD, INC.; CHEMICALS INC.; CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation; CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise; DAIKIN AMERICA INC.; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise; DYNAX CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; EIDP, INC., f/k/a E.I du Pont de Nemours and Company; HONEYWELL INTERNATIONAL, INC.; NATION FORD CHEMICAL COMPANY; NATIONAL FOAM, INC.; SOLVAY SPECIALTY POLYMERS USA LLC; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company

231124504 v1